```
                                          U.S. COURTS
                                          APR 22 2025
                                    Rcvd_____Filed_____Time_____
 1  GREGORY R. MARLOR                    STEPHEN W. KENYON
    528 W. Grove St. Apt 407            CLERK, DISTRICT OF IDAHO
 2  Boise, ID, 83702
    208-608-0009
 3  MarlorAda1983@gmail.com
```

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

SOUTHERN DIVIDSION

| PLAINTIFF'S NAME, | Case No.: 1:25-CV-3-BLW |
|---|---|
| GREGORY R. MARLOR | |
| vs. | 30 DAY EXTENTION TO FILE MEMORANDUM |
| DEFENDANT'S NAME, | |
| ADA COUNTY | |

The Plaintiff respectfully requests the Court to grant a 30-day extension to file a memorandum due to an address change. When the Plaintiff submitted an address change it was brought to his attention the Court issued an Order to file a memorandum within 30 days. The Plaintiff did not receive notice of the 30 days until April 14, 2025.

April 21, 2025

_____
GREGORY R. MARLOR

CHANGE OF ADDRESS - 1