UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GREGORY R. MARLOR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HOLLY GOODIN, ADA COUNTY, et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-00003-BLW<br><br>**JUDGMENT** |

In accordance with the Order entered on this date, **IT IS ORDERED, ADJUDGED, and DECREED** that this entire case is DISMISSED with prejudice. After entry of the Judgment, the Clerk of Court shall close this case.

DATED: September 6, 2025

_____
B. Lynn Winmill
U.S. District Court Judge